ROBERT S. WATTS, JR., Respondent, v. JOHN W. SIMPSON, Appellant.— Order granting summary judgment and judgment entered thereon reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars

costs. Questions of fact upon which defendant is entitled to a trial sufficiently appear in this record. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.